UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Carla Gericke, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Chief Gregory C. Begin, et al., )<br>Defendants. ) | Civil Action No. 11-CV-231-SM<br><br>PLAINTIFF'S COUNSEL'S<br>NOTICE OF ADDRESS CHANGE |

COMES NOW Attorney Stephen T. Martin, Counsel for Plaintiff, and for his Notice of Address change states as follows:

1. The undersigned recently relocated to a new office location.  The old address is: 36 Warren St.; Ste. 1; Concord, NH 03301.  **The new address is 22 Bridge St.; Ste. 3; Concord, NH 03301.**  This change is effective immediately.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant the following relief:

A. Docket the above-described change accordingly; and

B. Grant any further relief that this Honorable Court deems just and proper.

Dated:  November 22, 2011

Respectfully submitted,
Carla Gericke,
By, The Law Offices of Martin & Hipple, PLLC

  /s/Stephen T. Martin_____
Stephen T. Martin, Esq.
22 Bridge St.; Ste. 3
Concord, NH 03301
877-645-2909 (Ext. 1)
smartin@nhlegalservices.com
NH Bar#: 19567

1

## CERTIFICATE OF SERVICE

 COMES NOW Attorney Stephen T. Martin, Counsel for the Plaintiff, and hereby certifies that I have caused a copy of the foregoing Motion and all attachments to Counsel for the Defendants via this Court's CM/ECF system.

Dated:  November 22, 2011    _/s/Stephen T. Martin_____
               Stephen T. Martin, Esq.