UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Carla Gericke,

    Plaintiff

v.                                                Case No: 1:11-cv-00231-LM
                                                  JURY TRIAL DEMANDED

Town of Weare, et al.,

    Defendants.

**ASSENTED-TO MOTION TO FILE RESPONSIVLE PLEADING BY JANUARY 6, 2012
BY DEFENDANTS
TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO COUNTS I
THROUGH IX OF PLAINTIFF'S COMPLAINT**

**NOW COME** all Defendants, by their authorized counsel, Gallagher, Callahan & Gartrell, PC, and file this Assented-To Motion to File a Responsive Pleading by January 6, 2012 to Plaintiff's Motion for Judgment on the Pleadings as to Counts I through IX of Plaintiff's Complaint, and say as follows:

    1.    Plaintiff filed a Motion for Judgment on the Pleadings as to Counts I through IX of Plaintiff's Complaint dated December 2, 2011.

    2.    By assent of the parties' counsel, Defendants will file a responsive pleading by Friday, January 6, 2012 to Plaintiff's Motion for Judgment on the Pleadings.

    3.    Granting this assented-to motion will not affect any other deadlines regarding this matter.

    **WHEREFORE**, Defendants respectfully request the following affirmative relief:

    A.    That the Court grant this assented-to motion to allow Defendants to file a responsive pleading by Friday, January 6, 2012 to Plaintiff's Motion for Judgment on the Pleadings;

    B.    Grant such further relief as may be proper and just.

Respectfully submitted,

**TOWN OF WEARE, NH;**
**WEARE POLICE CHIEF GREGORY C. BEGIN;**
**WEARE POLICE LIEUTENANT JAMES J. CARNEY; WEARE POLICE SERGEANT JOSEPH KELLEY, WEARE POLICE OFFICER BRANDON MONTPLAISIR**, Individually and Officially

By Their Attorneys,

**GALLAGHER, CALLAHAN & GARTRELL, P.C.**
214 N. Main Street
P.O. Box 1415
Concord, NH 03302-1415
(603)228-1181
(603)224-7588 (facsimile)

| | |
|---|---|
| December 7, 2011 | /s/ Charles P. Bauer |
| Date | Charles P. Bauer, Esquire (NH Bar #208) |

## LOCAL RULE 7.1

I, Charles P. Bauer, hereby certify that Attorney Stephen T. Martin, counsel for Plaintiff, assented to this pleading.

| | |
|---|---|
| December 7, 2011 | /s/ Charles P. Bauer |
| Date | Charles P. Bauer, Esquire (NH Bar #208) |

## CERTIFICATE OF SERVICE

I, Charles P. Bauer, hereby certify that a copy of the foregoing was sent to Stephen T. Martin, Esquire via ECF.

| | |
|---|---|
| December 7, 2011 | /s/ Charles P. Bauer |
| Date | Charles P. Bauer, Esquire (NH Bar #208) |