UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Carla Gericke, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 11-CV-00231-SM |
| Chief Gregory C. Begin, ) | |
|    Individually and Officially, ) | |
| Lieutenant James J. Carney, ) | |
|    Individually and Officially, ) | |
| Sergeant Joseph Kelley, ) | |
|    Individually and Officially, ) | **PLAINTIFF'S NOTICE OF** |
| Officer Brandon Montplaisir ) | **INTENT TO REPLY** |
|    Individually and Officially, ) | |
| Weare Police Department, and ) | |
| The Town of Weare, ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW the Plaintiff, by and through the undersigned Counsel and hereby submits this Notice of Intent to Reply to Defendant's Objection to Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 10).

Dated:  January 11, 2012

Respectfully Submitted,
Carla Gericke,
By, The Law Offices of
Martin & Hipple, PLLC
/s/Stephen T. Martin
Stephen T. Martin, Esq.
22 Bridge Street; Suite 3
Concord, NH 03301
smartin@nhlegalservices.com
877-645-2909 (Ext. 1)
NH Bar#: 19567

1

## CERTIFICATE OF SERVICE

  COMES NOW Attorney Stephen T. Martin, Counsel for the Plaintiff, and hereby certifies that I have served a copy of the foregoing Notice upon Counsel for the Defendants, Charles Bauer, Esq., using this Court's CM/ECF system.

Dated:  January 11, 2012      /s/Stephen T. Martin
                Stephen T. Martin, Esq.