# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Carla Gericke,      \*

     \*

   Plaintiff      \*

v.      \*     Case No: 1:11-cv-00231-SM

     \*

TOWN OF WEARE, et al.,      \*

     \*

   Defendants.      \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MEDIATION STATEMENT

Now Come Plaintiff and Defendants, by their counsel, and report that mediation is not appropriate at this time. The parties have scheduled a first round of depositions, perhaps with more to come; interrogatories and document requests will be exchanged; and Defendants plan to file a Motion for Summary Judgment on all counts by January 31, 2012.

Respectfully submitted,

**CARLA GERICKE**

By Her Attorneys,
**MARTIN & HIPPLE, PLLC**

Dated: January 20, 2012     By: /s/ Stephen T. Martin
                                               Stephen T. Martin, Esq. (NH Bar #19567)
                                               22 Bridge Street, Suite 3
                                               Concord, NH 03301
                                               (877) 645-2909

                                        **TOWN OF WEARE, NH;**
                                        **WEARE POLICE CHIEF GREGORY C.**
                                        **BEGIN; WEARE POLICE LIEUTENANT**
                                        **JAMES J. CARNEY; WEARE POLICE**
                                        **SERGEANT JOSEPH KELLEY, WEARE**
                                        **POLICE OFFICER BRANDON**
                                        **MONTPLAISIR, Individually and Officially**

                                        By Their Attorneys,
                                        **GALLAGHER, CALLAHAN & GARTRELL, P.C.**

Dated:  January 20, 2012        By:  /s/ Charles P. Bauer
                                         Charles P. Bauer, Esq. (NH Bar #208)
                                         Robert J. Dietel, Esq. (NH Bar # 19540)
                                         214 N. Main Street
                                         P.O. Box 1415
                                         Concord, NH 03302-1415
                                         (603) 228-1181

## CERTIFICATE OF SERVICE

     I, Charles P. Bauer, hereby certify that a copy of the foregoing was sent this date via ECF to Plaintiff's counsel, Stephen T. Martin, Esquire (NH Bar #15697).

Dated:  January 20, 2012        By:   /s/ Charles P. Bauer
                                                Charles P. Bauer, Esq. (NH Bar #208)