AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Carla Gericke ) | |
| Plaintiff ) | |
| v. ) | Case No.  11-cv-231-SM |
| Weare Police Department, et al ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Kelley

Date:   03/20/2012

/s/ Corey Belobrow
*Attorney's signature*

Corey Belobrow, 534
*Printed name and bar number*

Maggiotto & Belobrow, PLLC
58 Pleasant Street, Concord, NH 03301

*Address*

Coreyb@usa.net
*E-mail address*

(603) 225-5152
*Telephone number*

(603) 225-8333
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Seth J. Hipple, Esquire, Stephen T. Martin, Esquire and Charles P. Bauer, Esquire

Conventionally Served:

| | |
|---|---|
| 03/20/2012 | /s/ Corey Belobrow |
| Date | Signature |