UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| *Carla Gericke,* | ) | Civil Action No.: 11-CV-00231-SM |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S ASSENTED-TO** |
| v. | ) | **MOTION TO EXCEED** |
| | ) | **MAXIMUM ALLOWABLE** |
| Town of Weare, et al., | ) | **PAGES IN MEMORANDUM** |
| Defendants. | ) | **OF LAW IN SUPPORT OF** |
| | ) | **PLAINTIFF'S MOTION FOR** |
| | | **SUMMARY JUDGMENT** |

_____

COMES NOW the Plaintiff, Carla Gericke, by and through the undersigned Counsel and for her Assented-to Motion to Exceed Maximum Allowable Pages in Memorandum of Law In Support of Plaintiff's Motion for Summary Judgment states and moves this Honorable Court as follows:

1. This Motion is brought pursuant to and in accordance with Local Rule 7.1.

2. According to Local Rule 7.1 (a) (3), the maximum number of allowable pages in response to a Motion for Summary Judgment is 25 pages.

3. Plaintiff will be filing a Motion for Summary Judgment and Supporting Memorandum of Law today.  Her Memorandum of Law exceeds the 25 page limit.  Plaintiff requires an additional five pages.

4. This Motion is assented-to and granting or denying the requested relief is within the sound and broad discretion of this Court.  Therefore, no supporting Memorandum of Law is included.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant the following relief:

A. Grant this Motion and allow Plaintiff to exceed the 25 page limit by five pages; and

B. Grant any further relief that this Honorable Court deems just and proper.

Dated:  May 7, 2012                                                        Respectfully submitted,
                                                                                           Carla Gericke,
                                                                                           By, The Law Offices of
                                                                                           Martin & Hipple, PLLC


                                                                                            _/s/Stephen T. Martin_____
                                                                                           Stephen T. Martin, Esq.
                                                                                           22 Bridge Street; Suite 3
                                                                                           Concord, NH 03301
                                                                                           603-856-0202 (Ext. 1)
                                                                                           smartin@nhlegalservices.com
                                                                                           NH Bar#: 19567

**CERTIFICATE OF SERVICE**

COMES NOW Attorney Stephen T. Martin, Counsel for the Plaintiff, and hereby certifies that I have caused a copy of the foregoing Motion to be delivered to Counsel for the Defendants using this Court's CM/ECF system.

Dated:  May 7, 2012                               _/s/Stephen T. Martin_____
                                                                Stephen T. Martin, Esq.