UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CARLA GERICKE, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *   Case No: 1:11-cv-00231-SM |
| | * |
| TOWN OF WEARE, et al., | * |
| | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT NOTICE OF INTENT TO REPLY

**NOW COME** Defendants Town of Weare, New Hampshire, Weare Police Department, Weare Police Chief Gregory C. Begin, Weare Police Lieutenant James L. Carney, Weare Police Officer Brandon Montplaisir, and Weare Police Sergeant Joseph Kelley, individually and officially, by their duly authorized counsel, and hereby give notice of their intent to file reply memorandums in response to Plaintiff's Objection to their Motions for Summary Judgment.

Respectfully submitted,

**TOWN OF WEARE, NH;**
**WEARE POLICE DEPARTMENT;**
**WEARE POLICE CHIEF GREGORY C.**
**BEGIN; WEARE POLICE LIEUTENANT**
**JAMES J. CARNEY; WEARE POLICE**
**OFFICER BRANDON MONTPLAISIR,**
**Individually and Officially**

By Their Attorneys,

**GALLAGHER, CALLAHAN &**
**GARTRELL, P.C.**

June 7, 2012

/s/ Charles P. Bauer
Charles P. Bauer, Esq. (NH Bar #208)
Robert J. Dietel, Esq. (NH Bar # 19540)
214 N. Main Street
P.O. Box 1415
Concord, NH 03302-1415
(603) 228-1181
bauer@gcglaw.com
dietel@gcglaw.com

|  |  |
|---|---|
|  | **JOSEPH KELLEY** |
|  | By His Attorneys |
|  | **MAGGIOTTO & BELOBROW, PLLC** |
| June 7, 2012 | /s/ Corey Belobrow |
|  | Corey Belobrow, Esq. (NH Bar # 534) |
|  | 58 Pleasant Street |
|  | Concord, NH 03301 |
|  | (603) 225-5152 |

### CERTIFICATE OF SERVICE

I, Charles P. Bauer, hereby certify that a copy of the foregoing was sent this date via ECF to Stephen T. Martin, Esq. and Seth J. Hipple, Esq.

|  |  |
|---|---|
| June 7, 2012 | /s/ Charles P. Bauer |
|  | Charles P. Bauer, Esq. (NH Bar #208) |