UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Carla Gericke, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 11-CV-00231-SM |
| Chief Gregory C. Begin, ) | |
|    Individually and Officially, ) | |
| Lieutenant James J. Carney, ) | |
|    Individually and Officially, ) | |
| Sergeant Joseph Kelley, ) | |
|    Individually and Officially, ) | |
| Officer Brandon Montplaisir ) | **PLAINTIFF'S NOTICE OF** |
|    Individually and Officially, ) | **INTENT TO FILE MOTION TO** |
| Weare Police Department, and ) | **FILE SURREPLY TO** |
| The Town of Weare, ) | **DEFENDANTS' REPLY TO** |
| ) | **PLAINTIFF'S OBJECTION TO** |
| Defendants. ) | **DEFENDANTS' MOTION FOR** |
| ) | **SUMMARY JUDGMENT** |

COMES NOW the Plaintiff, by and through the undersigned Counsel and in accordance with Local Rule 7.1 (e), 3, hereby submits this Notice of Intent to File a Motion to Allow Surreply to Defendants' Reply to Plaintiff's Objection to Defendants' Motion for Summary Judgment (Doc. No. 28).

Dated:  June 20, 2012

Respectfully Submitted,
Carla Gericke,
By, The Law Offices of
Martin & Hipple, PLLC
/s/Stephen T. Martin
Stephen T. Martin, Esq.
22 Bridge Street; Suite 3
Concord, NH 03301
smartin@nhlegalservices.com
877-645-2909 (Ext. 1)
NH Bar#: 19567

1

## CERTIFICATE OF SERVICE

    COMES NOW Attorney Stephen T. Martin, Counsel for the Plaintiff, and hereby certifies that I have served a copy of the foregoing Notice upon Counsel for the Defendants, using this Court's CM/ECF system.

Dated:  June 20, 2012          /s/Stephen T. Martin___
                                          Stephen T. Martin, Esq.