UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **Carla Gericke,** | \* |
| | \* |
| **Plaintiff** | \* |
| | \* |
| v. | \*   Case No: 1:11-cv-00231-SM |
| | \* |
| **TOWN OF WEARE, et al.,** | \* |
| | \* |
| **Defendants.** | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED-TO JOINT MOTION TO EXCUSE CERTAIN PARTIES ATTENDANCE FROM FINAL PRETRIAL CONFERENCE

NOW COMES Town of Weare, Weare Police Department, Weare Police Chief Gregory C. Begin, Weare Police Lieutenant James L. Carney, and Weare Police Officer Brandon Montplaisir, by their counsel, Gallagher, Callahan & Gartrell, P.C., and Sgt. Joseph Kelley, by his counsel, Maggiotto & Belobrow PLLC, and files this Assented-To Joint Motion to Excuse Certain Parties from attending the Final Pretrial Conference scheduled for September 7, 2012, pursuant to Local Rule 16.3(b), and say as follows:

1. In attendance at the Final Pretrial Conference with the undersigned counsel will be representatives of the Defendants who have settlement authority:

   - Naomi L. Bolton, Town of Weare, Town Administrator;
   - Gregory C. Begin, Town of Weare, Chief of Police; and
   - Mary Beth Purcell, NH Public Risk Management Exchange (Primex), Senior Claims Consultant

2. This is to request leave from the Court to excuse the following named parties from attendance:

   - Robert Montplaisir, Town of Weare, Police Officer;
   - Joseph Kelley, Town of Weare, Sergeant; and
   - James L. Carney, Town of Weare, Lieutenant.

3. Those gentlemen can be available by telephone, if necessary.

4. Steven T. Martin, Esquire, opposing counsel, assents to this pleading.

WHEREFORE, Weare Defendants respectfully requests the following affirmative relief:

A. Leave of Court to excuse Messrs. Montplaisir, Kelley, and Carney from attending the Final Pretrial Conference; and

B. Grant such further relief as may be proper and just.

                Respectfully submitted,

**TOWN OF WEARE, NH;**
**WEARE POLICE DEPARTMENT;**
**WEARE POLICE CHIEF GREGORY C. BEGIN;**
**WEARE POLICE LIEUTENANT JAMES J. CARNEY;**
**WEARE POLICE OFFICER BRANDON MONTPLAISIR,**
**Individually and Officially**

By Their Attorneys,

**GALLAGHER, CALLAHAN & GARTRELL, P.C.**
214 N. Main Street
P.O. Box 1415
Concord, NH 03302-1415
(603)545-3651

Date: August 20, 2011  By:  */s/ Charles P. Bauer*
                                  Charles P. Bauer, Esquire (NH Bar #208)

Respectfully submitted,

**WEARE POLICE SERGEANT JOSEPH KELLEY**
**Individually and Officially**

By His Attorneys,

**MAGGIOTTO & BELOBROW PLLC**
59 Pleasant Street
Concord, NH 03301
(603)225-5152

Date: August 20, 2011  By:  */s/ Corey M. Belobrow*
                                  Corey M. Belobrow, Esquire (NH Bar #534)

## **LOCAL RULE 7.1(c)**

I, Charles P. Bauer, hereby certify that Steve Martin, opposing counsel, assents to this motion.

Date:   August 20, 2012          By:     */s/ Charles P. Bauer*
                                         Charles P. Bauer, Esquire (NH Bar #208)

## **CERTIFICATE OF SERVICE**

I, Charles P. Bauer, hereby certify that a copy of the foregoing was sent to all ECF counsel.

Date:   August 20, 2012          By:     */s/ Charles P. Bauer*
                                         Charles P. Bauer, Esquire (NH Bar #208)