UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Carla Gericke,                    )           Civil Action No.: 11-CV-00231-SM
    Plaintiff,              )
                                  )
v.                                )
                                  )
Town of Weare, et al.,            )
    Defendants.             )           **PLAINTIFF'S**
                                  )           **VOIR DIRE REQUESTS**
_____)_____

COMES NOW the Plaintiff, Carla Gericke, by and through the undersigned Counsel and for her Voir Dire Requests states as follows:

1. Are any of you current or former police officers?
2. Do any of you have family members or close friends that are current or former police officers?
3. Have any of you ever worked for any police department or other law enforcement agency?
4. Do you believe that a police officer is more likely to tell the truth than an average person?
5. When a police officer takes the stand, would you give the police officer's testimony more weight than other non-police witnesses?
6. Do any of you believe that ordering someone to pay money can help prevent future harm?
7. Do any of you believe that it is inappropriate to award money to someone who was harmed because doing so cannot take back what happened?
8. Do any of you live in the Town of Weare, New Hampshire?
9. Have any of you lived in the Town of Weare, New Hampshire?
10. Do any of you read the Manchester and Concord area newspapers?

Dated:  August 27, 2012            Respectfully submitted,
                                   Carla Gericke,
                                   By, The Law Offices of
                                   Martin & Hipple, PLLC
                                   _/s/Stephen T. Martin_____
                                   Stephen T. Martin, Esq.
                                   22 Bridge Street; Suite 3
                                   Concord, NH 03301
                                   877-645-2909 (Ext. 1)
                                   smartin@nhlegalservices.com
                                   NH Bar#: 19567

1

## CERTIFICATE OF SERVICE

  COMES NOW Attorney Stephen T. Martin, Counsel for the Plaintiff, and hereby certifies that I have caused a copy of the foregoing to be delivered to Counsel for the Defendants using this Court's CM/ECF system.

Dated:  August 27, 2012     /s/Stephen T. Martin_____
             Stephen T. Martin, Esq.