UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Carla Gericke,                                   11-CV-00231-SM
    Plaintiff,

v.

                                **PLAINTIFF'S SIGNATURE**
Town of Weare, et al.            **BLOCK AND CERTIFICATE OF**
    Defendants.                  **SERVICE FOR PROPOSED JURY**
                                **INSTRUCTIONS**

Dated:  August 27, 2012        Respectfully submitted,
                                      Carla Gericke,
                                      By, The Law Offices of
                                      Martin & Hipple, PLLC


                                      _/s/Stephen T. Martin_____
                                      Stephen T. Martin, Esq.
                                      22 Bridge Street; Suite 3
                                      Concord, NH 03301
                                      [smartin@nhlegalservices.com](mailto:smartin@nhlegalservices.com)
                                      603-856-0202 (Ext. 1)
                                      NH Bar#: 19567

**CERTIFICATE OF SERVICE**

      Now Comes Attorney Stephen T. Martin, Counsel for the Plaintiff, and hereby certifies that I have caused a copy of the foregoing to be delivered to Counsel for the Defendants using this Court's CM/ECF system. Service was made on August 27, 2012.

Dated: August 28, 2012              _/s/Stephen T. Martin_____
                                            Stephen T. Martin, Esq.