UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. D.C.#   Case No. 11-cv-231-SM                                          C.C.A.#

2. TITLE OF CASE:   Carla Gericke v. Town of Weare, NH, et al.

3. NAME OF COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

4. NAME OF COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF JUDGE: Steven J. McAuliffe, United States District Judge

6. COURT REPORTER(S) & DATES:              N/A

   TRANSCRIPTS ORDERED / ON FILE           N/A

7. HEARING / TRIAL EXHIBITS                N/A

8. COURT-APPOINTED COUNSEL                 NO

9. FEE PAID                                YES

10. IN FORMA PAUPERIS                      NO

11. MOTIONS PENDING                        NO

12. GUIDELINES CASE                        NO

13. RELATED CASES ON APPEAL                NO

    C.C.A. # (IF AVAILABLE):

    DATE OF LAST N OF A:

14. SPECIAL COMMENTS: