UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Carla Gericke</u>

      v.                         Case No. 11-cv-231-SM

<u>Town of Weare, NH, et al.</u>

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

      I, Judith A. Barrett, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the abbreviated record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED:   57, 61, and 63

The Clerk's Office hereby certifies that the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries, and that all non-electronic documents of record will be forwarded with a copy of this Certificate.

The following non-electronic documents will be forwarded to the Circuit Court of Appeals on this date:

NON-ELECTRONIC DOCUMENTS NUMBERED:   N/A

SEALED DOCUMENTS NUMBERED:   N/A
(Submitted in orange sealed envelope)

EX PARTE DOCUMENTS NUMBERED:      N/A
(Submitted in orange sealed envelope separate from any other sealed documents)

                        IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, November 2, 2012

                        **JAMES R. STARR, Clerk**

                        **By: /s/ Judith A. Barrett, Deputy Clerk**

                        **Nov 02, 2012**

cc:    Seth Hipple, Esq.
        Stephen Martin, Esq.
        Charles Bauer, Esq.