UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Carla Gericke</u>                              ]

    v.                                                                                Case No. 11-cv-231-SM

<u>Town of Weare, et al.</u>


CLERK'S SUPPLEMENTAL CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Judith A. Barrett, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the supplemental record on appeal to the First Circuit Court of Appeals:

    UNNUMBERED DOCUMENT:   Notice - No Exhibit Designation Filed.

    The Clerk's Office hereby certifies that the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries, and that all non-electronic documents of record will be forwarded with a copy of this Certificate.

    IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, December 7, 2012

    **JAMES R. STARR, Clerk**

    **By: /s/ Judith A. Barrett, Deputy Clerk**

    **Dec 07, 2012**

cc:    Steven Martin, Esq.
        Seth Hipple, Esq.
        Corey Belobrow, Esq.
        Charles Bauer, Esq.