## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  
CARLA GERICKE,                              \*  
    Plaintiff                                \*  
v.                                                     \*    Case No:  1:11-cv-00231-SM  
TOWN OF WEARE, et al.,                   \*  
    Defendants                           \*  
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION FOR VOLUNTARY DISMISSAL OF GREGORY C. BEGIN, JAMES L. CARNEY, BRANDON MONTPLAISIR, AND JOSEPH KELLEY, BY PLAINTIFF, CARLA GERICKE, PURSUANT TO RULE 41(a)(1)(ii)

NOW COMES Plaintiff Carla Gericke, by her duly authorized counsel, Law of Offices of Martin and Hipple, PLLC, and files this Stipulation for Voluntary Dismissal, With Prejudice, of all claims, pursuant to Rule 41(a) (1) (ii) as to Defendants Gregory C. Begin, James L. Carney, Brandon Montplaisir, and Joseph Kelley.

Respectfully submitted,

**CARLA GERICKE**

By Her Attorneys,
**LAW OFFICES OF MARTIN & HIPPLE, PLLC**

Dated: 6/5/14

By: */s/ Stephen T. Martin*
Stephen T. Martin, Esquire (NH Bar # 19567)
22 Bridge Street, Suite 3
Concord, NH 03301
(603) 856-0202

|  |  |
|---|---|
|  | **GREGORY C. BEGIN;**<br>**JAMES L. CARNEY; and**<br>**BRANDON MONTPLAISIR**<br><br>By Their Attorneys,<br>**GALLAGHER, CALLAHAN & GARTRELL, P.C.** |
| Date: 6/5/14 | By: */s/ Charles P. Bauer*<br>Charles P. Bauer, Esquire (NH Bar #208)<br>214 N. Main Street, P.O. Box 1415<br>Concord, NH 03302-1415<br>(603) 545-3651 |
|  | **JOSEPH KELLEY**<br><br>By His Attorneys,<br>**MAGGIOTTO & BELOBROW, PLLC** |
| Date: 6/5/14 | By: */s/ Corey Belobrow*<br>Corey Belobrow, Esquire (NH Bar #534)<br>58 Pleasant Street<br>Concord, NH 033o1<br>(603) 225-5152 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded this date by ECF filing to Plaintiff's counsel and Co-defendant's counsel.

Date: 6/5/14                                        By:   */s/ Charles P. Bauer*
                                                                  Charles P. Bauer, Esquire (NH Bar #208)