UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Carla Gericke,
          Plaintiff

                    v.

Gregory C. Begin; James J. Carney;                    Case No. 11-cv-231-SM
Joseph Kelley; Brandon Montplaisir;
Weare Police Department; and
The Town of Weare, New Hampshire,
          Defendants

**J U D G M E N T**

In accordance with the Order by Judge Steven J. McAuliffe entered on October 15, 2012,

and the Stipulations of Dismissal entered on June 5, 2014, judgment is hereby entered.

By the Court,

/s/ Daniel J. Lynch
_____
Daniel J. Lynch
Clerk

Date: June 5, 2014

cc:    Seth J. Hipple, Esq.
       Stephen T. Martin, Esq.
       Charles P. Bauer, Esq.
       Corey M. Belobrow, Esq.